**Order filed April 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00257-CR
_____

**HECTOR RIOS SAAVEDRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 5
Harris County, Texas
Trial Court Cause No. 1780331**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit 4, a redacted copy of the 911 call.**

The clerk of the County Criminal Court at Law No. 5 is directed to deliver to the clerk of this court the original of State's exhibit 4, a redacted copy of the 911 call, on or before **April 17, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 4, a redacted copy of the 911 call, to the clerk of the County Criminal Court at Law No. 5.

PER CURIAM